NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000181
12-APR-2013
09:10 AM**

NO. CAAP-10-0000181

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN RE: MARN FAMILY LITIGATION

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(MASTER FILE NO. 00-1-MFL)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Upon consideration of Appellant's Motion for Reconsideration[1] filed on April 8, 2013,[2] the papers in support and the record and files herein,

IT IS HEREBY ORDERED that said motion is denied.

DATED: Honolulu, Hawaiʻi, April 12, 2013.

On the motion:

Joseph W. Huster,
for Appellant.

Presiding Judge

Associate Judge

Associate Judge

---

[1]   The document description for docket 201 is "Motion for Reconsideration," but the document that was filed on April 8, 2013 consisted only of page 3, a signature page. However, based on the subsequent Declaration that was also filed on April 8, 2013 (docket 202), it appears that counsel is asking this court to reconsider its March 28, 2013 Summary Disposition Order and we shall treat it as such.

[2]   Counsel is cautioned that Rule 32(a) of the Hawaiʻi Rules of Appellate Procedure requires the flyleaf for each separately filed document to include a three-inch top margin so as not to obstruct the electronic file stamp.